**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Troy R. SAUNDERS, Defendant–**
**Appellant.**

**No. 02–7619.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 6, 2003.

Decided Feb. 12, 2003.

Troy R. Saunders, Appellant Pro Se.
William Neil Hammerstrom, Jr., Office of
the United States Attorney, Alexandria,
Virginia, for Appellee.

Before WILKINS, MICHAEL, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Troy R. Saunders appeals the district
court's order denying his motion to compel
specific performance and granting the
Government's motion to withdraw a previously filed motion for sentence reduction
under Fed.R.Crim.P. 35(b). We have reviewed the record and find no reversible
error. Accordingly, we affirm on the reasoning of the district court. *See United
States v. Saunders*, No. CR–97–344 (E.D.

Va. filed Oct. 7, 2002 & entered Oct. 8,
2002). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials before the court and argument would not aid
the decisional process.

*AFFIRMED.*